Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENE ARIAS<br><br>Plaintiff,<br><br>vs.<br><br>INTERMEX WIRE TRANSFER, LLC d/b/a AMIGO PAISANO<br><br>Defendant. | Case No. 2:25-cv-03831<br><br>**Judge Dale S. Fischer** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Rene Arias, and Defendant, Intermex Wire Transfer, LLC d/b/a Amigo Paisano, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Notice of Voluntary Dismissal *with Prejudice* of the above-styled action.

Dated: November 25, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 25, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>s/ Gerald D. Lane, Jr.</u>
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539
*Counsel for Plaintiff*